**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRITTANY BLUE, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No.: 1:26-cv-00292-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| COUNTY OF WARREN, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to LCvR 7(E), undersigned counsel conferred regarding Defendant's response to Plaintiff's Complaint. It is stipulated that Defendant, County of Warren, will respond to Plaintiff's Complaint on or before November 6, 2026.

Respectfully submitted,

**MCNAIR LAW OFFICES, PLLC**

BY: */s/ Timothy D. McNair*
Timothy D. McNair, Esquire
PA ID #34304
821 State Street
Erie, PA 16501
tmcnair@mcnairlaw.com
(814) 452-0700
(814) 454-2371/fax
**Counsel for Plaintiff,**
**Brittany Blue**

**MARSHALL DENNEHEY, P.C.**

BY: */s/ Teresa O. Sirianni*
Teresa O. Sirianni, Esquire
PA ID #90472
tosirianni@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(412) 803-1140
(412) 803-1188/fax
**Counsel for Defendant,**
**County of Warren**