**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRITTANY BLUE, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No.: 1:26-cv-00292-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| COUNTY OF WARREN, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this __________ day of _________________________, 2026, it is hereby ORDERED that Defendant County of Warren shall file a response to Plaintiff's Complaint on or before November 6, 2026.

BY THE COURT:

_____________________________________J.